UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:14CR-79 |
| | : | |
| | : | INDICTMENT  J. BARRETT |
| v. | : | |
| | : | 18 U.S.C. § 2422(b) |
| | : | |
| DANA BETTS | : | |
| | : | FORFEITURE |

- - - - - - - - - - - - - - - - - - - -

The Grand Jury charges that:

## COUNT 1
### (Coercion and Enticement)

Between May 26, 2014 and June 19, 2014, in the Southern District of Ohio, the defendant, DANA BETTS, knowingly used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce any individual, who had not attained the age of 18 years, or who was believed to be less than 18 years of age, to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense, or attempted to do so.

**In violation of Title 18, United States Code, Section 2422(b).**

## **FORFEITURE ALLEGATION**

Upon conviction of an offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in:

1. All visual depictions, in any form, described in Title 18, United States Code, Sections 2251, 2251A or 2252, and any book, magazine, periodical, film, video tape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, Chapter 110;

2. All property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and;

3. All property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to the following item:

    a. LG mobile telephone, model LG236C, serial number 307CYBD0148101.

**All pursuant to 18 U.S.C. §2253(a)(1) - (3).**

                                                     **A TRUE BILL**

                                                     /S/
                                          **GRAND JURY FOREPERSON**

**CARTER M. STEWART**
**UNITED STATES ATTORNEY**

*[signature]*

**ANTHONY SPRINGER**
**CINCINNATI BRANCH CHIEF**