UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 1:14cr079 |
| | : | |
| | : | SUPERSEDING |
| | : | INFORMATION |
| v. | : | |
| | : | 18 U.S.C. § 2422(a) |
| | : | |
| **DANA BETTS** | : | |
| | : | FORFEITURE |

- - - - - - - - - - - - - - - - - - - - -

**The United States charges that:**

### COUNT 1
### (Coercion and Enticement)

Between May 26, 2014 and June 19, 2014, in the Southern District of Ohio, the defendant, DANA BETTS, knowingly persuaded, induced, enticed or coerced an individual to travel in interstate or foreign commerce to engage in prostitution, or any sexual activity for which any person can be charged with a criminal offense, or attempted to do so.

**In violation of Title 18, United States Code, Section 2422(a).**

### FORFEITURE ALLEGATION

Upon conviction of an offense alleged in Count 1 of this Superseding Information, the defendant shall forfeit to the United States the defendant's interest in:

1. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of any violation of this chapter;

2. All property, real or personal, that constitutes or is derived from proceeds traceable to any violation of this chapter, including but not limited to:

    a. LG mobile telephone, model LG236C, serial number 307CYBD0148101.

**All pursuant to 18 U.S.C. §2428.**

CARTER M. STEWART
UNITED STATES ATTORNEY

_/s/ Anthony Springer_

ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF