**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case No. 1:14-cr-79<br>Litkovitz, M.J. |
| vs. | |
| DANA BETTS,<br>    Defendant. | **DETENTION ORDER** |

This matter is before the Court following a detention hearing on a Petition for Warrant or Summons for Offender Under Supervision pursuant to Fed. R. Crim. P. 32.l(a)(6) and 18 U.S.C. § 3143(a)(1) at which defendant appeared represented by counsel. The government moved for detention on the basis that the defendant poses a risk of danger to the community if released on bond. Having heard all arguments and having considered the nature of the alleged supervised release violations, the undersigned finds the defendant has not met his burden by clear and convincing evidence that he will not pose a danger to the community if released on bond. As alleged in the petition, the defendant has failed to participate in mental health and sex offender treatment since his release from the Federal Bureau of Prisons in April 2023. He has also failed to sign releases of information for his probation officer to communicate with and verify the ordered treatment. Given the defendant's serious underlying mental health disorders, his delay in participating in the required treatment—which is intended to mitigate his risk of future harm to children—poses a significant risk of danger the community if he is released on bond. Accordingly, the Court hereby **ORDERS** the defendant detained pending final hearing on the supervised release violations before Judge Barrett.

**DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his designated

representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.   The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.   On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED**.

Date:  6/14/2023

_Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge